NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CATHERINE CLINTON<br><br>Plaintiff,<br><br>v.<br><br>JENNIFER VELEZ, ET AL.<br><br>Defendants. | Civil Action No. 11-cv-6621 (CCC-JAD)<br><br>**ORDER** |

This matter comes before the Court by way of Defendants' objection to Magistrate Judge Joseph A. Dickson's Report and Recommendation, dated August 29, 2012. For the reasons set forth in the Court's corresponding Opinion,

**IT IS** on this __19__ day of September, 2012

**ORDERED** that Defendants' objection to the Report and Recommendation is overruled; and it is further

**ORDERED** that the Report and Recommendation is hereby adopted in full; and it is further

**ORDERED** that the Clerk of the Court shall close this case. Plaintiffs are granted thirty (30) days from the date of this Order to reinstate this matter and file an Amended Complaint addressing the pleading deficiencies set forth by the Court in its Opinion. Failure to do so will result in dismissal of such claims with prejudice.

IT IS SO ORDERED.

_____
CLAIRE C. CECCHI, U.S.D.J.